**SEALED**   FILED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JUL 2 2 2015

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. EP: 15-m-02526-ATB |
| JOSHUA TAYLOR | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 21, 2015__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2252 (a)(4)(B) | Possession of child pornography |
| Title 18 U.S.C. 2252 (a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:
See attachment, Probable Cause Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Adam Reynolds, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/22/2015

_____
Judge's signature

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

**Probable Cause Affidavit**

I, Adam L. Reynolds, having been duly sworn, depose and state as follows:

1.	Adam L. Reynolds is a Special Agent (SA) of the Federal Bureau of Investigation (FBI). SA Reynolds is an investigative or law enforcement officer of the United States of America within the meaning of Title 18, United States Code (USC), Section 2510(7), that is an officer of the United States who is empowered by law to conduct investigation of, and make arrests for, offenses enumerated in Title 18.

2.	In or around July 2015, the FBI received information that someone using a device associated with the address 11160 Nautical Drive, El Paso, Texas 79936 ("the residence"), was using the internet to view child pornography. Based on this and other information, your Affiant secured a federal search warrant to search the residence. The warrant authorized agents to look for and seize, *inter alia*, evidence of the possession, distribution and receipt of child pornography.

3.	On July 21, 2015, FBI SAs and other law enforcement officers were conducting surveillance of the residence. They observed someone later identified as S.T. depart the residence in a Ford F-150 truck. Agents made contact with S.T. and explained that they had a warrant to search his home. S.T. then assisted officers in making entry to the residence.

4.	S.T. told law enforcement agents that only he and his brother JOSHUA TAYLOR ("TAYLOR") lived at the residence. S.T. showed agents which bedroom was his and which bedroom was TAYLOR's. S.T. advised agents that TALYOR had a computer in his room and that he (S.T.) did not have access to it and had never logged on to it. According to S.T., TAYLOR had built the computer himself, and had upgraded it since he had been living with S.T.

5.	Agents located TAYLOR sleeping in the bedroom S.T. had identified as TAYLOR's. In that bedroom was a desktop computer. Agents made contact with TAYLOR and advised him of his Miranda rights. After waiving those rights, TAYLOR provided the following information. TAYLOR advised he has always been interested in younger girls. TAYLOR's sexual feelings started when he was ten years of age and never stopped. TAYLOR stated he does not have a sexual preference for little girls, but does have a sexual preference for all women of all ages. TAYLOR knew why law enforcement was present at the residence, but did not want to verbally state the reason because it was dirty. The first time he looked at "certain types of images," TAYLOR was 13 or 14 years of age. TAYLOR subsequently asked for a lawyer, at which point all questioning stopped.

6.	During the execution of the search warrant, FBI agents conducted a forensic preview of the desktop computer in TAYLOR's bedroom. The following videos, located on that computer, were previewed by SA Reynolds while at the residence:

Title: **10yo-bathroom-strip.mp2** – The video is approximately 45 seconds in length and shows an approximately ten year old prepubescent girl removing all of her clothes and fondling her vagina.

Title: **12yo self filmed.mp4** – The video is approximately 1 minute and 43 seconds in length and shows an up-close view of an approximately twelve year old girl being vaginally penetrated by a finger. The prepubescent girl is then shown exposing her breasts and fondling her nipples.

Title: **andrea.wmv** – The video is approximately 37 minutes and 38 seconds in length and shows an approximately twelve year old prepubescent girl exposing her vagina and masturbating with a large pink dildo. The same prepubescent girl is then shown performing fellacio on an adult male's penis. The prepubescent girl is then seen using her hand to fondle the adult male's penis. The adult male then fondles the prepubescent girl's breasts and vagina. Male then vaginally penetrates the prepubescent girl with his penis. The adult male is then shown performing cunnilingus on the prepubescent girl.

7. The above-described videos were found on the desktop computer in TAYLOR's room, and were under the following computer directory: C:\Josh\stuff\Yamaha R1 Paper Craft\dafs\V. In addition to the videos described herein, agents discovered approximately 162 other pictures and videos in that subfolder that were indicative of child pornography.

8. Based on the above information, SA Reynolds believes there is probable cause JOSHUA TAYLOR, by using the Internet, which is a facility of interstate commerce, committed acts in violation of Title 18 U.S.C 2252 (a)(4)(B) Possession of Child Pornography and Title 18 U.S.C 2252 (a)(2) Receipt of Child Pornography.