JUDGE FRANK MONTALVO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | CRIMINAL NO. EP:15-CR-_____ |
| Plaintiff, | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | CT 1: 18 U.S.C. § 2252(a)(2) and (b)(1)—Receipt of Child Pornography |
| JOSHUA ALAN TAYLOR, | § | |
| | § | CT 2: 18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Accessing Child Pornography With Intent to View |
| Defendant. | § | |
| | § | CT 3: 18 U.S.C. § 2252(a)(4)(B) and (b)(2) — Possession of Child Pornography |
| | § | |
| | § | Notice of Demand for Forfeiture |

EP15CR1383

THE GRAND JURY CHARGES:

**COUNT ONE**
18 U.S.C. § 2252(a)(2) and (b)(1)
**(Receipt of Child Pornography)**

That beginning on or about October 29, 2014, and continuing through and including on or about March 3, 2015, in the Western District of Texas and elsewhere, the Defendant,

**JOSHUA ALAN TAYLOR,**

did knowingly receive any visual depiction using any means or facility of interstate or foreign commerce, and that has been shipped or transported in and affecting commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

1

## COUNT TWO
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
**(Accessing Child Pornography With Intent to View)**

That beginning on or about October 29, 2014, and continuing through and including on or about March 3, 2015, in the Western District of Texas and elsewhere, the Defendant,

**JOSHUA ALAN TAYLOR,**

did knowingly access with intent to view at least one matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and had been shipped and transported in and affecting interstate and foreign commerce and was produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT THREE
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
**(Possession of Child Pornography)**

That on or about July 21, 2015, in the Western District of Texas, the Defendant,

**JOSHUA ALAN TAYLOR,**

did knowingly possess at least one matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and had been shipped and transported in and affecting interstate and foreign commerce and was produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE

(18 U.S.C. § 2253 and 21 U.S.C. § 853)

Upon the conviction of one or more of the offenses set forth in Counts One, Two and/or Three, the Defendant,

**JOSHUA ALAN TAYLOR,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all right, title and interest of the defendant in any and all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, and any and all books, magazines, periodicals, films, videotapes, and other matters which contain any such visual depiction, which were produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, Part I, United States Code; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property, real and personal, used or intended to be used to commit or to promote the commission of such offenses, and any property traceable to such property.

A TRUE BILL ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____
Assistant U.S. Attorney

3